# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ANDREW PAUL MADRID | CIVIL ACTION NO.: 19-686 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LINDSEY MICHELLE FONTENOT, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the objections (Record Document 50) thereto, and after an independent review of the record, having determined that the findings and recommendation of the Magistrate Judge are correct under the applicable law and deferring to the opportunity of the Magistrate Judge to judge the credibility of the witnesses;

**IT IS ORDERED** that Mr. Madrid's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 25th day of March 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT